UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

CHERRI LAWSON-BREWSTER,
an Individual,

      Plaintiff,

v.

RIVER VALLEY SCHOOL DISTRICT,
a Michigan public body and JOSE VERA,
an Individual,

      Defendants.

File No: 4:06cv0058

Hon. Wendall A. Miles

---

William F. Piper  (P38636)
WILLIAM F. PIPER, PLC
8175 Creekside Drive, Ste. 270
Portage, MI 49024
(269) 321-5008
(269) 321-5009 Facsimile
wpiper@wpiperlaw.com

William Vogelzang, Jr. (P29231)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants
648 Monroe N.W., Suite 400
Grand Rapids, MI 49503
(616) 459-0556
Bvogel@kgvlaw.com

---

### **PROTECTIVE ORDER**

NOW COME the parties and hereby agree to a protective order regarding the deposition testimony of Mrs. Napper. The parties agree that Mrs. Napper's testimony will not be discussed with any individuals, news sources, organizations or anyone else outside of the context of this lawsuit without a court order. The parties agree that they will not disseminate Mrs. Napper's testimony beyond what is required for use in court proceedings, motions and/or trial in the captioned matter.

Dated: March 13, 2007                           WILLIAM F. PIPER, PLC

                                                /s/ William F. Piper
                                                William F. Piper  (P38636)
                                                Attorney for Plaintiff


Dated: March 13, 2007                           KLUCZYNSKI, GIRTZ & VOGELZANG

                                                /s/ William Vogelzang, Jr.
                                                William Vogelzang, Jr. (P29231)
                                                Attorney for Defendants

                            **IT IS SO ORDERED.**


Dated:  March 16, 2007                          /s/ Hugh W. Brenneman, Jr.
                                                Hugh W. Brenneman, Jr.
                                                U.S. Magistrate Judge