UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERRI LAWSON-BREWSTER,

    Plaintiff,

                                               Case No. 4:06-cv-58

v

                                               Hon. Wendell A. Miles

RIVER VALLEY SCHOOL DISTRICT,
a Michigan public body, and
JOSE VERA, an individual,

    Defendants.
    _____/

## JUDGMENT

The defendants' motion for summary judgment is granted, and this action is dismissed with prejudice in its entirety.

Entered this 22nd day of April, 2008.

                                                       /s/ Wendell A. Miles
                                                  Wendell A. Miles, Senior Judge